# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELLIOT DANIELS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:20-cv-01664-ELR |
| DELTA AIR LINES, INC., | |
| Defendant. | |
| Related Cases<br>*Dusko v. Delta Air Lines, Inc.*,<br>Case No. 1:20-cv-01725<br>*Polk v. Delta Air Lines, Inc.*,<br>Case No. 1:20-cv-02461 | |

**MOTION TO APPOINT ROY E. BARNES, MELISSA S. WEINER, JEFF OSTROW, AND ANNICK M. PERSINGER AS INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 23(g)**

Pursuant to Fed. R. Civ. P. 23(g) and this Court's Order consolidating the above-styled cases of July 9, 2020 (Doc. 27), the above-named counsel for Plaintiff Angelo Dusko respectfully move for their appointment as co-lead counsel to serve as interim class counsel in the consolidated cases. The proposed Co-Lead Counsel are best placed to represent the interests of the Class upon consideration of the

-1-

factors set forth in Fed. R. Civ. P. 23(g), the Manual for Complex Litigation, and the guidelines published by Duke Law's Bolch Judicial Institute. The Movants set forth more fully their reasoning in support in the accompanying Memorandum, with exhibits.

Dated: July 23, 2020.

                                            Respectfully submitted,

                                        */s/ Roy E. Barnes*
Roy E. Barnes (GA Bar No. 039000)
J. Cameron Tribble (GA Bar No. 754759)
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
Facsimile: (770) 227-6373
Email: roy@barneslawgroup.com
Email: ctribble@barneslawgroup.com

*/s/ Melissa S. Weiner*
Melissa S. Weiner (admitted pro hac vice)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pswlaw.com

*/s/ Annick M. Persinger*
Annick M. Persinger (pro hac vice pending)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
Telephone: (510) 250-3316

Facsimile: (202) 973-0950
Email: apersinger@tzlegal.com

Hassan A. Zavareei (admitted pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

V Chai Oliver Prentice
(admitted pro hac vice)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1000
Oakland, CA 94612
Telephone: (510) 250-3316
Facsimile: (202) 973-0950
Email: vprentice@tzlegal.com

*/s/ Jeff Ostrow*
Jeff Ostrow (admitted pro hac vice)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email: streisfeld@kolawyers.com
ostrow@kolawyers.com
levine@kolawyers.com

*Counsel for Plaintiff Angela Dusko and the Proposed Class*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Roy E. Barnes*
Roy E. Barnes

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing on all parties by causing a true and correct copy to be filed with the court's CM/ECF system, which automatically sends a copy to all counsel of record.

*/s/ Roy E. Barnes*
Roy E. Barnes
