UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA DUSKO, *on behalf of herself and all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| DELTA AIR LINES, INC. | ) ) ) | |
| Defendant. | ) ) | CIVIL ACTION: 1:20-cv-01664-ELR |
| <u>Consolidated Cases</u>: *Daniels v. Delta Air Lines, Inc.*, Case No. 1:20-cv-01664-ELR *Dusko v. Delta Air Lines, Inc.*, Case No. 1:20-cv-01725 *Polk v. Delta Air Lines, Inc.*, Case No. 1:20-cv-02461 | ) ) ) ) ) ) ) ) ) | |

## ORDER GRANTING
## JOINT MOTION TO STAY PENDING MEDIATION

This cause having come before the Court on the parties' Joint Motion to Stay Pending Mediation & Extension of Current Deadlines filed by Defendant Delta Air Lines, Inc. and Plaintiff Angela Dusko. For good cause shown, the Court **GRANTS** the Joint Motion. Accordingly, the Court hereby **ORDERS** as follows:

The current deadlines are stayed until Monday, September 26, 2022. The following deadlines have been enlarged as follows:

| Event | Deadline Set Per Doc. 77 | New Deadline |
|---|---|---|
| Phase 1 (Class Certification Focused) Discovery Cutoff | August 19, 2022 | December 20, 2022 |
| Deadline for Plaintiff's Motion for Class Certification and Class Certification Expert Disclosure (and any Motion from Defendant to Deny Class Certification) | September 30, 2022 | February 1, 2023 |
| Deadline to Respond to Motion for Class Certification (and Any Motion to Deny Class Certification) and Defendant's Class Certification Rebuttal Expert Disclosure | November 30, 2022 | April 2, 2023 |
| Deadline to File Any Replies in Support of Motion for Class Certification (and Any Motion to Deny Class Certification) | January 6, 2023 | May 9, 2023 |
| Phase 1 (Class Certification Focused) Expert Discovery Cutoff | February 3, 2023 | June 6, 2023 |
| Joint Report Detailing a Proposed Schedule for: (1) any remaining merits fact discovery; (2) merits expert discovery; (3) briefing on any discovery or merits issues, including summary judgment. | Within fourteen (14) days after the Court's Order on Plaintiff's Motion for Class Certification. | Unchanged. |

The parties shall report upon the status of the case within one week of the conclusion of the parties' upcoming mediation.

Dated: August 17, 2022.

*Eleanor L. Ross*
The Honorable Eleanor L. Ross
United States District Judge