# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELA DUSKO, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>                Defendant. | Case No.: 1:20-cv-01664-ELR |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the contact information for Melissa S. Weiner, Counsel for Plaintiff in the above-captioned actions, is as follows:

Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
328 Barry Ave S., Suite 200
Wayzata, MN 55391
T: (612) 389-0600

It is respectfully requested that the Court and all Parties update their records accordingly.

Dated: August 25, 2022                Respectfully submitted,

                                       /s/ Melissa S. Weiner
                                       Melissa S. Weiner
                                       **PEARSON, SIMON & WARSHAW, LLP**
                                       328 Barry Ave S., Suite 200
                                       Wayzata, MN 55391
                                       T: (612) 389-0600
                                       mweiner@pswlaw.com

                                       *Attorney for Plaintiff & Proposed Classes*