UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA DUSKO, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant.<br><br>Consolidated Cases:<br>*Daniels v. Delta Air Lines, Inc.*,<br>Case No. 1:20-cv-01664-ELR<br>*Dusko v. Delta Air Lines, Inc.*,<br>Case No. 1:20-cv-01725<br>*Polk v. Delta Air Lines, Inc.*,<br>Case No. 1:20-cv-02461 | CIVIL ACTION:   1:20-cv-01664-ELR |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Angela Dusko ("Plaintiff") hereby submits this Unopposed Motion for Preliminary Approval of Class Action Settlement in Support of Plaintiff's Brief.

In support of the Motion, Plaintiff submits here Memorandum in Support; the Settlement Agreement and Releases (attached as ***Exhibit A*** to the Memorandum), with accompanying exhibits; the Joint Declaration of Class Counsel (attached as ***Exhibit B*** to the Memorandum); and a proposed Order Granting Plaintiff's

Unopposed Motion for Preliminary Approval of Class Action Settlement is attached as ***Exhibit C*** to the Memorandum.

For the reasons set forth in the Memorandum, Plaintiff respectfully request that the Court: (1) grant preliminary approval of the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) approve the Notice Program set forth in the Settlement Agreement, including the form and content of the Notices; (4) approve the opt-out and objection procedures set forth in the Notice Program; (5) appoint Plaintiff as Class Representative; (6) appoint as Class Counsel the law firms and attorneys listed in the Agreement; and (7) schedule a Final Approval Hearing for the week of October 2, 2023, or on a date thereafter available on the Court's calendar (allowing at least 120 days after the date of the Preliminary Approval Order).

Dated: May 26, 2023                             Respectfully submitted,

                                                */s/ Roy E. Barnes*
                                                Roy E. Barnes (Ga. Bar. No. 039000)
                                                J. Cameron Tribble (Ga. Bar No. 754759)
                                                **BARNES LAW GROUP, LLC**
                                                31 Atlanta Street
                                                Marietta, Georgia 30060
                                                Telephone: (770) 227-6375
                                                Facsimile: (770) 227-6373
                                                Email: roy@barneslawgroup.com
                                                ctribble@barneslawgroup.com

Melissa S. Weiner*
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pwfirm.com

Hassan A. Zavareei*
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

Annick M. Persinger*
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024
Telephone: (510) 250-3316
Fax: (202) 973-0950
apersinger@tzlegal.com

Jeff Ostrow*
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email: ostrow@kolawyers.com

*admitted *pro hac vice*

*Counsel for Plaintiff and the Proposed Class*

## FONT CERTIFICATION

The undersigned hereby certifies that this Motion complies with the font requirements of L.R. 5.1 because the document has been prepared in Times New Roman, 14 point font.

This 26th day of May, 2023.

>*/s/ Roy E. Barnes*
>Roy E. Barnes
>Ga. Bar No. 039000
>J. Cameron Tribble
>Ga. Bar No. 754759
>
>BARNES LAW GROUP, LLC
>31 Atlanta Street
>Marietta, Georgia 30060
>Tel: (770) 227-6375
>Fax: (770) 227-6373
>roy@barneslawgroup.com
>ctribble@barneslawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 26th day of May, 2023.

*/s/ Roy E. Barnes*
Roy E. Barnes
Ga. Bar No. 039000
J. Cameron Tribble
Ga. Bar No. 754759

BARNES LAW GROUP, LLC
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
ctribble@barneslawgroup.com
