**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION**

ANGELA DUSKO, on behalf of herself and all others similarly situated,

    Plaintiff,

  vs.

DELTA AIR LINES, INC.

    Defendant.

CIVIL ACTION: 1:20-CV-01664-ELR

Consolidated Cases:
*Daniels v. Delta Air Lines, Inc.*,
Case No. 1:20-cv-01664-ELR
*Dusko v. Delta Air Lines, Inc.*,
Case No. 1:20-cv-01725
*Polk v. Delta Air Lines, Inc.*,
Case No. 1:20-cv-02461

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND APPLICATION FOR
<u>ATTORNEYS' FEES AND COSTS AND A SERVICE AWARD</u>**

Plaintiff Angela Dusko ("Plaintiff") hereby files this Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs and a Service Award in Support of Plaintiff's Brief. The Motion is set for a Final Approval Hearing on **October 5, 2023, at 10:00 a.m.**, in Courtroom 1708 of the United States District Court for the Northern

District of Georgia, Richard B. Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303.

In support of the Motion, Plaintiff submits her Memorandum in Support; the Settlement Agreement and Releases (*Exhibit A* to the Memorandum); the Joint Declaration of Class Counsel (*Exhibit B* to the Memorandum); the Declaration of Cameron R. Azari, Esq. on Notice Program Implementation (*Exhibit C* to the Memorandum); copies of unpublished Georgia state court orders cited in the Memorandum (*Composite Exhibit D* to the Memorandum); and a proposed Final Approval Order and Judgement (*Exhibit E* to the Memorandum).

For the reasons set forth in the Memorandum, after the Final Approval Hearing, Plaintiff respectfully request the Court: (a) grant Final Approval of the Settlement; (b) certify the Settlement Class; (c) award Class Counsel the requested $2,285,000.00 for attorneys' fees and $51,300.80 for costs, to be paid by Delta; (d) award the Class Representative a $3,000.00 Service Award, to be paid by Delta; (e) approve Delta's payment of Settlement Administration Costs to the Settlement Administrator; and (f) enter final judgment accordingly.

Dated: July 27, 2023                    Respectfully submitted,

*/s/ Roy E. Barnes*
Roy E. Barnes (Ga. Bar. No. 039000)
J. Cameron Tribble (Ga. Bar No. 754759)
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
Facsimile: (770) 227-6373
Email: roy@barneslawgroup.com
ctribble@barneslawgroup.com

Melissa S. Weiner*
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pwfirm.com

Jeff Ostrow*
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
1 West Las Olas Blvd. Suite 500 Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email: ostrow@kolawyers.com

Annick M. Persinger*
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Boulevard, Suite 1101

3

Los Angeles, CA 90024
Telephone: (510) 250-3316
Fax: (202) 973-0950
apersinger@tzlegal.com

Hassan A. Zavareei*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

*admitted *pro hac vice*

*Counsel for Plaintiff and the Proposed Class*

## **FONT CERTIFICATION**

The undersigned hereby certifies that this Motion complies with the font requirements of L.R. 5.1 because the document has been prepared in Times New Roman, 14-point font.

This 27th day of July, 2023.

                                                   */s/ Roy E. Barnes*
                                                   Roy E. Barnes
                                                   Ga. Bar No. 039000
                                                   J. Cameron Tribble
                                                   Ga. Bar No. 754759

                                                  BARNES LAW GROUP, LLC
                                                   31 Atlanta Street
                                                   Marietta, Georgia 30060
                                                   Tel: (770) 227-6375
                                                   Fax: (770) 227-6373
                                                   roy@barneslawgroup.com
                                                   ctribble@barneslawgroup.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 27th day of July, 2023.

                                  */s/ Roy E. Barnes*
                                  Roy E. Barnes
                                  Ga. Bar No. 039000
                                  J. Cameron Tribble
                                  Ga. Bar No. 754759

                                  BARNES LAW GROUP, LLC
                                  31 Atlanta Street
                                  Marietta, Georgia 30060
                                  Tel: (770) 227-6375
                                  Fax: (770) 227-6373
                                  roy@barneslawgroup.com
                                  ctribble@barneslawgroup.com