# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELA DUSKO,<br><br>        Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-1664-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs and a Service Award, and the Court having granted said motion, it is

**Ordered and adjudged** that the Settlement Agreement is **APPROVED**. The Court **GRANTS** Class Counsel's requested $3,000.00 Service Award to the Class Representative; $51,300.80 for costs; and $2,285,000.00 in attorneys' fees to Class Counsel, all to be paid separately by Delta in accordance with the Agreement. The Court also approves the proposed *cy pres* recipients: Public Justice and United Way of Greater Atlanta, who shall each receive 50% of the residual funds in accordance with the Agreement. The Court **DISMISSES WITH PREJUDICE** this action.

Dated at Atlanta, Georgia this 5th day of October, 2023.

                                                        KEVIN P. WEIMER
                                                        CLERK OF COURT

Dusko v. Delta Air Lines, Inc.
1:20-cv-1664-ELR
Judgment
Page 2

By: s/Ciarra Steede
    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
October 5, 2023
Kevin P. Weimer
Clerk of Court


By: s/Ciarra Steede
    Deputy Clerk